UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JOSEPH G SHERRICK #11487-035, Plaintiff | CIVIL DOCKET NO. 1:21-CV-01506 SEC P |
| VERSUS | JUDGE DRELL |
| WARDEN MARINDINO ET AL, Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 14), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS HEREBY ORDERED** that the Complaint and Amended Complaints (ECF Nos. 1, 5, 13) are DENIED and DISMISSED WITH PREJUDICE under 28 U.S.C. § 1915A.

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

**THUS, DONE AND SIGNED** at Alexandria, Louisiana, this 16th day of November 2021.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT